**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 08a0009n.06
Filed: January 7, 2008

**06-2598**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| ANTONIO HADLEY, | ) | WESTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellant. | ) | |

Before: RYAN and DAUGHTREY, Circuit Judges; COHN,[*] District Judge.

PER CURIAM. The defendant, Antonio Hadley, was convicted of conspiracy to distribute cocaine, being a felon in possession of a firearm, and possession of a firearm in furtherance of a drug-trafficking offense. On appeal, he challenges only the sufficiency of the evidence, contending that the government failed to corroborate the statement he gave police at the time of his arrest and that there was no other additional proof to support the jury's verdict.

Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in denying

---

[*]The Hon. Avern Cohn, United States District Judge for the Eastern District of Michigan, sitting by designation.

the defendant's motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. Because the reasons why relief under Rule 29 was inappropriate in this case have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its opinion dated August 10, 2006.